IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LISA YAZZIE and
ERNEST YAZZIE,

      Plaintiffs,

      v.                                 1:16-cv-01085-KK-LF

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, DARCELL
ELMORE, and MICHAL ELLIS,

      Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION REGARDING THE SUFFICIENCY OF DEFENDANT GEICO'S OBJECTIONS AND ANSWERS TO PLAINTIFF'S REQUESTS FOR ADMISSIONS (DOC. 64)**

THIS MATTER comes before the Court on Plaintiffs' Motion Regarding the Sufficiency of Defendant GEICO's Objections and Answers to Plaintiff's Requests for Admissions (Doc. 64). Defendant GEICO filed a response (Doc. 68), and plaintiffs filed a reply (Doc. 74). The Court reviewed the filings and the relevant law, and held a hearing on May 11, 2017. For the reasons discussed at the hearing, the Court finds that the motion is well-taken and it will be GRANTED.

IT IS THEREFORE ORDERED that defendant GEICO will serve its amended answers, as discussed at the hearing, to all requests for admissions addressed in Plaintiffs' Motion Regarding the Sufficiency of Defendant GEICO's Objections and Answers to Plaintiff's Requests for Admissions (Doc. 64) to plaintiffs by May18, 2017.

IT IS FURTHER ORDERED that plaintiffs are awarded attorney fees for the costs incurred in bringing this motion. Plaintiffs' counsel will file an affidavit of expenses by May 31,

2017.  GEICO may file objections to the affidavit of expenses within 10 days of plaintiffs' filing

of the affidavit.

    **IT IS SO ORDERED.**

                                        _____
                                        Laura Fashing
                                        United State Magistrate Judge