UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LISA YAZZIE and ERNEST YAZZIE,**
    Plaintiffs,

v.                         No. 1:16-cv-01085-KK-LF

**GOVERNMENT EMPLOYEES INSURANCE COMPANY, DARCELL ELMORE and MICHAL ELLIS**
    Defendants.
_____

**JOINT STIPULATION OF DISMISSAL OF DEFENDANT MICHAL ELLIS WITH PREJUDICE**
_____

TO THE HONORABLE JUDGE:

    In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Lisa Yazzie and Ernest Yazzie by and through their attorneys, Baarber & Borg, LLC, and Defendant Michal Ellis, by and through her attorneys, Perry Law PC, hereby jointly move the Court to dismiss with prejudice all claims against Michal Ellis with each party to bear their own costs and attorneys fees. This lawsuit is not a class action, and a receiver has not been appointed in this lawsuit. This lawsuit is not governed by any statute of the United States that requires an order of the Court for dismissal of this lawsuit.

    WHEREFORE, Plaintiff and Defendant Michal Ellis respectfully request that this Court enter an Order on the Joint Stipulation of Dismissal of Defendant Michal Ellis with Prejudice for any and all claims with each party to bear their own costs and attorneys fees.

    Respectfully submitted this 11th day of October 2017.

       Respectfully submitted,

       */s/ Nathan S. Anderson*
       Nathan S. Anderson
       **BARBER & BORG, LLC**
       PO Box 30745
       Albuquerque, NM 87190
       Telephone: (505) 844-0004
       Email: nathan@barberborg.com

       *Attorney for Plaintiffs*


       */s/ Meloney Perry*
       Meloney Perry, #35379
       Stacy Thompson, #49236
       **PERRY LAW P.C.**
       10440 North Central Expressway, Suite 600
       Dallas, TX 75231
       Telephone:  (214) 265-6201
       Facsimile:    (214) 265-6226
       E-mail: mperry@mperrylaw.com
              sthompson@mperrylaw.com

       *Attorney for Defendant Michal Ellis*

**JOINT STIPULATION OF DISMISSAL OF DEFENDANT MICHAL ELLIS WITH PREJUDICE—Page 2**

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2017, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Nathan S. Anderson
    nathan@barberborg.com

    Daniel Lewis
    Laura Vega
    dlewis@allenlawnm.com
    lvega@allenlawnm.com

    Stephen Simone
    stephensimomne@cclawnm.com

and I hereby certify that I have mailed or served the document or paper to the following participants in the manner indicated by the non-participant's name:

                                      */s/ Meloney Perry*
                                      Meloney Perry - CO Bar #35379
                                      Perry Law P.C.
                                      10440 North Central Expressway, Suite 600
                                      Dallas, TX 75231
                                      Telephone: (214) 265-6200
                                      Fax: (214) 265-6226
                                      E-mail: mperry@mperrylaw.com

00060221.DOC