UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LISA YAZZIE and ERNEST YAZZIE,**

        Plaintiffs,

v.                              No. 1:16-cv-01085-KK-LF

**GOVERNMENT EMPLOYEES INSURANCE COMPANY, DARCELL ELMORE and MICHAL ELLIS**

        Defendants.

**ORDER ON JOINT STIPULATION OF DISMISSAL OF DEFENDANT MICHAL ELLIS WITH PREJUDICE**

On this day the Court considered the parties' Joint Stipulation of Dismissal of Defendant Michal Ellis with Prejudice ("Joint Stipulation of Dismissal with Prejudice"). After considering the Joint Stipulation of Dismissal of Defendant Michal Ellis with Prejudice, the Court:

GRANTS the Joint Stipulation of Dismissal of Defendant Michal Ellis with Prejudice and hereby Orders that any and all claims against Defendant Michal Ellis are dismissed with prejudice with each party to bear their own costs and attorneys fees.

                              */s/ Kirtan Khalsa*
                              THE HONORABLE KIRTAN KHALSA
                              UNITED STATES MAGISTRATE JUDGE

APPROVED & ENTRY REQUESTED:
*/s/ Nathan S. Anderson*
Nathan S. Anderson
**BARBER & BORG, LLC**
PO Box 30745
Albuquerque, NM 87190
Telephone: (505) 844-0004
Email: nathan@barberborg.com
*Attorney for Plaintiffs*

*/s/ Meloney Perry*
Meloney Perry, #35379
Stacy Thompson, #49236
**PERRY LAW P.C.**
10440 North Central Expressway, Suite 600
Dallas, Texas 75231
Telephone: 214-265-6201
Facsimile: 214-265-6226
E-mail: mperry@mperrylaw.com
        sthompson@mperrylaw.com
*Attorney for Defendant Michal Ellis*